UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    LEE GARCIA
    ANGELICA MARIA CERVANTES
    Debtor(s)

Case No. 10-12697

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2010.

2) The plan was confirmed on 08/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2011.

5) The case was dismissed on 12/09/2011.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $34,160.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $3,249.28 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$3,249.28** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,025.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $173.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,198.00** |

Attorney fees paid and disclosed by debtor:   $1,475.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 33661 ROYAL OAK CONDO ASSOC | Unsecured | 1,201.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 12,500.00 | 12,500.33 | 12,500.33 | 399.64 | 0.00 |
| AMCA | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CORADIUS | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT OUT | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOAN SERVICING LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BALBOA INSURANCE COMPANY | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| BAYSTATE GAS-BROCKTON | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 469.00 | 469.15 | 469.15 | 15.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 787.00 | 795.42 | 795.42 | 25.34 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,885.00 | 1,884.71 | 1,884.71 | 60.19 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 549.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 1,218.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| DONALD R STEINMULLER | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| ENVISION EYE CENTER | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 2,075.00 | 2,075.82 | 2,075.82 | 66.30 | 0.00 |
| IC SYSTEM | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 343.76 | 343.76 | 10.88 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 408.45 | 408.45 | 12.93 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICING INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL CREDIT SOLUTI | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 1,085.00 | 500.00 | 500.00 | 15.98 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NATIONAL CREDIT SYSTEMS | Unsecured | 1,175.00 | 3,793.52 | 3,793.52 | 121.17 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 516.00 | 516.10 | 516.10 | 16.50 | 0.00 |
| OVERLAND BOND & INVESTMENT | Unsecured | 10,260.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 328.00 | 328.04 | 328.04 | 10.39 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 6,005.00 | 6,005.17 | 6,005.17 | 191.99 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| STERLING APARTMENTS | Unsecured | 3,009.00 | 3,008.50 | 3,008.50 | 96.09 | 0.00 |
| SURGEONS OF LAKE COUNTY | Unsecured | 1,931.00 | NA | NA | 0.00 | 0.00 |
| THOMAS BORMES MD | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| VALOREM LLC | Unsecured | NA | 280.71 | 280.71 | 8.88 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,909.68** | **$1,051.28** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,198.00 |
| Disbursements to Creditors | $1,051.28 |
| **TOTAL DISBURSEMENTS:** | **$3,249.28** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/15/2012                                          By: /s/ Glenn Stearns
                                                                     Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**